U.S. District Court
Roanoke, Virginia

Pierre A. Renoir

vs

L. Fleming, et., Al.,

Motion for Docket Sheet

#15-CV-26

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 20 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Comes now, Pierre A. Renoir, pro se, motioning for an indigent copy of the docket sheet for this case.

Respectfully,

/s/ Pierre Renoir

Pierre A. Renoir
1016091
KMCC, PO Box 860
Oakwood, VA 24631