CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 16 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PIERRE A. RENOIR, | ) | CASE NO. 7:15CV00026 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| LESLIE FLEMING, et al., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's application to proceed without prepayment of the filing fee under 28 U.S.C.
§ 1915(g) is **DENIED**; this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C.
§ 1915(g), or in the alternative, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous; plaintiff's
other pending motions are **DISMISSED** as moot; and this action is stricken from the active
docket of the court.

ENTER: This __16th__ day of April, 2015.

_____
Chief United States District Judge